IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH BEATTY, JR.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KEYSTONE BLIND ASSOCIATION** | : | NO. 19-5540 |

# **O R D E R**

**AND NOW,** this 11th day of May 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

          Kate Barkman
          Clerk of Court

          By:  \_s/ JOSEPH B. WALTON\_\_
                *Deputy Clerk*

Civ. 2 41.1(b) (3/18)